**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ALICE BREWER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**IMG COLLEGE, LLC, et al.,** )<br>)<br>**Defendant.** )<br>) | Case No. 2:19-cv-02071-JWL-JPO |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to a dismissal of the above-captioned case with prejudice, each party to bear their own costs and attorney's fees.

Respectfully submitted,

/s/ Katherine E. Myers
Katherine E. Myers     KS #25833
Edelman, Liesen & Myers LLP
208 W. Linwood Boulevard
Kansas City, MO  64111
816.533.4976
816.463.8449 (Facsimile)
kmyers@elmlawkc.com

Carrie M. Brous       KS #18157
Brous Law LLC
3965 W. 83rd Street, #115
Prairie Village, KS 66208
913.209.8596
cbrous@brouslaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Stacy M. Bunck
Stacy M. Bunck       KS #20531
Ogletree, Deakins, Nash,
 Smoak & Stewart, P.C.
4520 Main Street, Ste. 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (Facsimile)
stacy.bunck@ogletree.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF, which sent notification of such filing to the following:

Carrie M. Brous
Brous Law LLC
3965 W. 83rd Street, #115
Prairie Village, KS 66208
913.209.8596
cbrous@brouslaw.com

Katherine E. Myers
Edelman, Liesen & Myers LLP
208 W. Linwood Boulevard
Kansas City, MO  64111
816.533.4976
816.463.8449 (Facsimile)
kmyers@elmlawkc.com

ATTORNEYS FOR PLAINTIFF

/s/ Stacy M. Bunck
ATTORNEY FOR DEFENDANTS

47121995.1